UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:22-cv-07342-SB-AFM | Date: | December 2, 2022 |

| | |
|---|---|
| Title: | *Carmen Angeles v. KIK International LLC et al.* |

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|
| Jennifer Graciano | Katherine Stride |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. De Sario | Joel Moon |

**Proceedings:**   [Minutes of] Motion to Remand (Dkt. No. 15) (Held and Completed)

    Case called and appearances made.  The Court hears argument on Plaintiff's motion to remand.  The Court takes the matter under submission.

:<u>19</u>